UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Mark Petrovic
                          Plaintiff,

v.                                          Case No.: 1:16−cv−02498
                                          Honorable Matthew F. Kennelly

Artisanal Wilmette, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 11, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the plaintiff's notice of voluntary dismissal [13], this case is dismissed with prejudice and without costs. The 8/29/2016 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.